UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANITA PAULINA CHAVEZ,
*individually and on behalf of others similarly situated*,

                  Plaintiff,

– against –

THE FIFTH LABOR, LLC, and
ANTHONY RHODES,

                  Defendants.

**ORDER**

22 Civ. 7781 (ER)

Ramos, D.J.:

In the opinion and order issued on April 11, 2023, the Court instructed the parties to do one of the of the following by April 18, 2023:

- Submit a revised motion for settlement approval to the Court.  The revised motion and supporting documents shall provide:  an estimate of the hours worked by Chavez; her hourly wage; clear and explicit indications regarding her estimated total recovery and the component parts of that estimate; billing documentation substantiating the requested attorneys' fees.

- Stipulate to dismissal of the case without prejudice, which the Court need not approve under current Second Circuit case law.

Doc. 19 at 4.  As of the date of this order, neither a revised motion for settlement nor a stipulation of dismissal without prejudice has been filed.

The parties are hereby directed to submit a revised motion for settlement, stipulation of dismissal without prejudice, or a status update by no later than **April 24, 2023**.

It is SO ORDERED.

Dated:    April 21, 2023
           New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.